**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| TEAM INTERNATIONAL GROUP OF AMERICA, INC., d/b/a KALORIK,<br><br>       Plaintiff,<br><br>   - against -<br><br>BKST BRAND HOLDINGS LLC,<br><br>       Defendant. | Civil Action No.: 20-03727(RA)<br><br>**VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |
| BKST BRAND HOLDINGS LLC,<br><br>       Plaintiff,<br><br>   - against -<br><br>TEAM INTERNATIONAL GROUP OF AMERICA, INC., d/b/a KALORIK,<br><br>       Defendant. | Civil Action No.:20-04226 (RA) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties herein, that whereas no party is an infant or an incapacitated person for whom a guardian or other like fiduciary has been appointed and no person not a party has an interest in the subject matter of the above-captioned actions, BOTH actions are hereby discontinued with prejudice, and without costs or attorneys' fees to either party as against the other.

Dated: September 14, 2020
      New York, New York

| | |
|---|---|
| **Law Offices Of Barry M. Bordetsky** | **Bryan Cave Leighton Paisner LLP** |
| By:/s/ **Barry M. Bordetsky**<br>Barry M. Bordetsky<br>570 Lexington Avenue, 24th Floor<br>New York, New York 10022<br>Tel. No.: 212-688-0008<br>Email: barry@bordetskylaw.com<br>Attorneys for *BKST Brand Holdings LLC* | By: *Courtney J. Peterson*<br>Courtney J. Peterson<br>Jessica Fischweicher<br>Meryl Macklin<br>1290 Avenue of the Americas, Fl. 34<br>New York, New York 10104<br>Tel. No.: (212) 541-2000<br>Email: courtney.peterson@bclplaw.com<br>Email: Jessica.fischweicher@bclplaw.com<br>Attorneys for *Team International Group of America, Inc. d/b/a Kalorik* |

SO ORDERED.

_____
Hon. Ronnie Abrams
9/21/2020